# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

THE CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS, Servant: XIU
JIAN SUN, THE SPIRITUAL ADAM.
54-25 153rd St.,
Flushing, NY 11355
646-675-0308
                         Plaintiffs,
        v.
BARACK OBAMA (Herod)
P.O. Box 91000
Washington, DC 20066
Phone: (202) 464-6903
Email: obama.library@nara.gov
(mailto:obama.library@nara.gov)
                         Defendant

Case: 1:21-cv-01442 JURY DEMAND
Assigned To : Bates, John D.
Assign. Date : 5/24/2021
Description: Pro Se Gen. Civ. (F-DECK)

Trial with god's
law. Apply for
jury to prevent
insult and
unfair behavior

## COMPLAINT

The complaint of the plaintiff, -god's servant, Xiu Jian Sun, the spiritual
Adam   respectfully shows and alleges as follows

1.  The Lord god of hosts Jehovah, sent messenger through the angel answers
    to the defendant Barack Obama - Herod said: '**you will be dying in your
    sin.**' (你要死在罪中)

2.  The Doctrine and Covenants Section 42

83). And thus ye shall do in all cases which shall come before you.

84). And if a man or woman shall rob, he or she shall be delivered up unto the law of the land.

85). And if he or she shall steal, he or she shall be delivered up unto the law of the land.

86). And if he or she shall lie, he or she shall be delivered up unto the law of the land.

87). And if he or she do any manner of iniquity, he or she shall be delivered up unto the law, even that of God.

88). And if thy brother or sister offend thee, thou shalt take him or her between him or her and thee alone; and if he or she confess thou shalt be reconciled.

89). And if he or she confess not thou shalt deliver him or her up unto the church, not to the members, but to the elders. And it shall be done in a meeting, and that not before the world.

90). And if thy brother or sister offend many, he or she shall be chastened before many.

91). And if any one offend openly, he or she shall be rebuked openly, that he or she may be ashamed. And if he or she confess not, he or she shall be delivered up unto the law of God.

3.

92). If any shall offend in secret, he or she shall be rebuked in secret, that he or she may have opportunity to confess in secret to him or her whom he or she has offended, and to God, that the church may not speak reproachfully of him or her.

93). And thus shall ye conduct in all things.

## JURY DEMAND

4.  Jehovah, - the Lord god of host gives the words to servant (Plaintiffs) in the temple he made, "Trial with god's law. **Apply for jury to prevent insult and unfair behavior.**"

5.  I (servant) would like to request a Mandarin Chinese court interpreter for my court day。

Dated: April 12, 2021
     Queens, New York

                              The Church of Jesus Christ of Latter-day saints

                              Servant: Xiu Jian Sun, the Spiritual Adam

                                   Xiu Jian Sun, the spiritual Adam
                                   54-25 153rd St
                                   Flushing, NY 11355
                                   646-675-0308
                                   Plaintiffs